NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CTP INNOVATIONS, LLC,**
*Appellant*

**v.**

**EASTMAN KODAK COMPANY, AGFA CORP., ESKO SOFTWARE BVBA, HEIDELBERG, USA,**
*Appellees*

---

2016-1665

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00789.

---

## JUDGMENT

---

SAMUEL FLINT MILLER, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Nashville, TN, argued for appellant. Also represented by WAYNE EDWARD RAMAGE, MAIA T. WOODHOUSE; JOSHUA TROPPER, Atlanta, GA.

SCOTT ANTHONY MCKEOWN, Oblon, McClelland, Maier & Neustadt, LLP, Alexandria, VA, argued for appellees. Also represented by CHRISTOPHER RICCIUTI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (TARANTO, LINN, and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 21, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |